WEA TOWNSHIP, TIPPECANOE CO., *v.* MOTHERSHEAD ET AL.

From the Tippecanoe Superior Court.

*J. M. LaRue* and *F. B. Everett,* for appellant.

*J. R. Carnahan,* — *Gregory* and *R. H. Beal,* for appellees.

BIDDLE, C. J.—In this case the appellees confess error of record.

The judgment is therefore reversed, at the costs of the appellees, and the cause remanded for further proceedings.